# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                         www.innd.uscourts.gov

February 8, 2008

Clerk, U.S. District Court
Northern District of Illinois
Everett McKinley Dirksen Bldg.
219 S. Dearborn St.
Chicago, IL 60606

Re: USA v Ricardo Molina
    ND Indiana Case No: 1:03-cr-57
    ND Illinois Case No: 08 CR 68

Dear Sir or Madam:

    Enclosed please find certified copies of the indictment, docket sheet and J & C in the above case.

        Sincerely,

        STEPHEN R. LUDWIG, CLERK

        By:   s/ J. Padly
            Deputy Clerk

**FILED**

FEB 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Reply to Fort Wayne Office**

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Fort Wayne)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00057-TLS-10
### Internal Use Only

Case title: USA v. Avila, et al

Date Filed: 08/22/2003
Date Terminated: 10/22/2004

---

**Interpreter**

**Julia Kurtz**
*TERMINATED: 09/30/2004*

---

Assigned to: Judge Theresa L
Springmann

**Defendant (10)**

**Ricardo Molina**
*TERMINATED: 10/22/2004*
*also known as*
Centipede
*TERMINATED: 10/22/2004*

represented by **Visvaldis P Kupsis**
Law Offices of Visvaldis P Kupsis
334 W 806 N
Valparaiso, IN 46383
219-548-2444
Fax: 219-548-3368
Email: vpkupsis@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE AND MARIJUANA
(1)

**Disposition**

30 months imprisonment; 3 years
supervised release; $100.00 Special
Assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1) POSSESION WITH
INTENT TO DISTRIBUTE COCAINE
and 18:2(a) AIDING AND ABETTING
(8)

**Disposition**

Dismissed on Government Motion

CERTIFIED 2-12-08
TRUE COPY
STEPHEN R. LUDWIG, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
DEPUTY CLERK

21:841(a)(1) POSSESSION WITH
INTENT TO DISTRIBUTE COCAINE
and 18:2(a) AIDING AND ABETTING
(9)

Dismissed on Government Motion

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **United States of America** | represented by | **Clarence Butler - AUSA, Jr** |
| --- | --- | --- |

US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5659
Fax: 219-852-2770
Email: USAINN.ECFCivil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L Bella - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: daniel.bella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Toi Denise Houston - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: toi.houston@usdoj.gov
*TERMINATED: 09/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/22/2003 | 1 | INDICTMENT by USA. Counts filed against Everado Avila (1) count(s) |

| | | |
|---|---|---|
| | | 1, 19, Bryon Cerveras (2) count(s) 1, 13, Rosalio Cortez (3) count(s) 1, 14, Trinidad Eddie Cruz (4) count(s) 1, 4, 18, Benjamin Garcia (5) count (s) 1, 20, 21, 22, 23 Daniel Garza (6) count(s) 1, 15, 16, 17, Jason Lamberth (7) count(s) 1, 3, Joseph Lopez (8) count(s) 1, 9, 10, Joseph Maria (9) count(s) 1, 11, Ricardo Molina (10) count(s) 1, 8, 9, Jose Robles (11) count(s) 1, 12, Jose Angel Rodriguez (12) count(s) 1, 5, 6, Timothy Allen Sessum (13) count(s) 1, 2, Hector Velez (14) count(s) 1, 5, 7, (lrm) (Entered: 08/26/2003) |
| 08/22/2003 | 2 | PRAECIPE for warrants as to defts Avila, Cerveras, Cortez, Cruz, Garcia, Garza, Lamberth, Lopez, Maria, Molina, Robles, Rodriguez and Velez by govt (lrm) (Entered: 08/26/2003) |
| 08/22/2003 | | ARREST Warrant issued for Everado Avila, Bryon Cerveras, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jr., Jose Robles, Jose Angel Rodriguez, Hector Velez (lrm) (Entered: 08/26/2003) |
| 08/22/2003 | 3 | PRAECIPE for crim summons as to deft Timothy Sessum by USA (lrm) (Entered: 08/26/2003) |
| 08/26/2003 | | (Court only) Docket Modification (Utility) sealing case (lrm) (Entered: 08/26/2003) |
| 08/28/2003 | 4 | MOTION to seal case by USA (sealed) (Entered: 08/28/2003) |
| 08/28/2003 | 5 | ORDER by Judge Theresa L. Springmann granting motion to seal case [4-1] sealing case (cc: all counsel) (sealed) (Entered: 08/29/2003) |
| 09/05/2003 | 15 | NOTICE OF PENALTIES by plaintiff USA (sealed) (Entered: 09/08/2003) |
| 09/08/2003 | 16 | MINUTES: SCHEDULED FOR DETENTION HEARING & ARRAIGNMENT 9/8/03 before Mag Judge Andrew P. Rodovich. Dft Benjamin Garcia appears in person without cnsl. Govt rep by Clarence Butler, AUSA. Eric Johnston, PTS. Julia Kurtz, INTERPRETER. Dft has not retained counsel. Clerk Ordered to appoint cnsl for dft. ;detention hearing set for 2:00 9/11/03 for Benjamin Garcia before Mag Judge Andrew P. Rodovich ; arraignment set for 2:00 9/11/03 for Benjamin Garcia before Mag Judge Andrew P. Rodovich . Clerk Ordered to have Interpreter present for hrg. Dft REMANDED. (sealed) (Entered: 09/08/2003) |
| 09/16/2003 | | (Court only) Docket Modification (Utility) case unsealed at hearing held 9/16/03 (sealed) (Entered: 09/16/2003) |
| 09/26/2003 | 49 | ORDER by Mag Judge Roger B. Cosbey granting motion to withdraw appearance John Maksimovich for defendant Everado Avila [48-1] attorney John Maksimovich for Everado Avila terminated (cc: all counsel) (jcp) (Entered: 09/26/2003) |
| 09/26/2003 | 50 | ORDER by Mag Judge Roger B. Cosbey assigning case to FCD Hammond for referral of counsel ; status hearing set for 11:00 10/2/03 for Everado Avila (cc: all counsel) (jcp) (Entered: 09/26/2003) |

| 10/02/2003 | 52 | STATUS CONFERENCE held before Magistrate Judge Roger B. Cosbey. The Speedy Trial Act is discussed and determiend to be running. The matter of Mr. Gruenhagen's representation of two defendant is discussed and may require a hearing regarding the possibility of a conflict. If a hearing is required, both defendants, the AUSA and counsel are the only parties to participate. (wsy) (Entered: 10/02/2003) |
|---|---|---|
| 10/04/2003 | 57 | Consent to Modify Conditions of Release by USPO for Byron Cervera to include that the defendant participate in substance abuse counseling (plm) (Entered: 10/06/2003) |
| 10/04/2003 | 57 | ORDER by Mag Judge Andrew P. Rodovich re Consent to Modify Conditions of Release ordering modification as requested [57-1] (cc: all counsel) (plm) (Entered: 10/06/2003) |
| 10/09/2003 | | (Court only) Docket Modification (Utility) finding the motion to withdraw appearance obo Joseph Lopez, by Frank D Edwards [58-1] moot as CJA attorney has already been appointed. (wsy) (Entered: 10/09/2003) |
| 10/16/2003 | 60 | MINUTES: SCHEDULED FOR DETENTION HRG & ARRAIGNMENT (CRUZ) 10/16/03 before Mag Judge Andrew P. Rodovich. Govt rep by Clarence Butler, AUSA. Jim Holm, PTS. Dft Trinidad Cruz appears in person without cnsl. Dft indicates he will be retaining Jack Friedlander to represent him and Requests continuance of hrg so his atty can be present. Granted. Dft Ordered to notify Clerk by noon 10/20/03 if he has not retained cnsl. ;detention hearing set for 10:00 10/22/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich ;arraignment set for 10:00 10/22/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/16/2003) |
| 10/22/2003 | 61 | MINUTES: SCHEDULED FOR DETENTION HEARING & ARRAIGNMENT (CRUZ) 10/22/03 before Mag Judge Andrew P. Rodovich. Dft Trinidad Cruz appears in person without cnsl. Govt rep by Clarence Butler, AUSA. Jim Holm, PTS. Dft indicates he has retained Jack Friedlander/Wm Brown and Requests continuance of hrg so his atty can be present. Granted. ;detention hearing set for 1:00 10/28/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich ;arraignment set for 1:00 10/28/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/22/2003) |
| 10/28/2003 | 64 | ORDER by Judge Theresa L. Springmann granting motion for leave to allow interpreter to accompany defense counsel to jail during all stages of jail conferences for Benjamin Garcia [63-1] (cc: all counsel) (jcp) (Entered: 10/28/2003) |
| 10/28/2003 | 67 | MINUTES: SCHEDULED FOR DETENTION HRG & ARRAIGNMENT (CRUZ) 10/28/03 before Mag Judge Andrew P. Rodovich. Dft Trinidad Cruz appears in person and by cnsl William Brown. Govt rep by Clarence Butler, AUSA. Jim Holm, PTS. Dft |

| | | |
|---|---|---|
| | | Requests cont of hrg. Granted. ;detention hearing set for 8:30 11/13/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich ;arraignment set for 8:30 11/13/03 for Trinidad Eddie Cruz before Mag Judge Andrew P. Rodovich . Dft REMANDED. (jrh) (Entered: 10/28/2003) |
| 11/20/2003 | ● | Arrest of Ricardo Molina on 11/20/03 (jrh, ) (Entered: 11/20/2003) |
| 11/20/2003 | ●74 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Initial Appearance as to Ricardo Molina held on 11/20/2003. Dft Ricardo Molina appears in person without counsel. Govt rep by Clarence Butler, AUSA. Troy Adamson, PTS. Dft advised of constitutional rights, charges, penalties. Dft Requests Crt-appointed counsel. Dft sworn. Request Granted. Govt moves for detention. Granted. Arraignment set for 11/24/2003 01:30 PM in Hammond before Magistrate Judge Andrew P Rodovich. Detention Hearing set for 11/24/2003 01:30 PM in Hammond before Magistrate Judge Andrew P Rodovich. Dft REMANDED. (Tape #03-240.) (jrh, ) (Entered: 11/20/2003) |
| 11/20/2003 | ● 75 | CJA 20 as to Ricardo Molina : Appointment of Attorney Visvaldis P Kupsis for Ricardo Molina. (jrh, ) (Entered: 11/20/2003) |
| 11/20/2003 | ●79 | Arrest Warrant Returned Executed on 11/19/03 as to Ricardo Molina. (filed in Hammond)(jcp, ) (Entered: 12/01/2003) |
| 11/24/2003 | ●76 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Arraignment as to Ricardo Molina (10) Count 1,8,9 held on 11/24/2003, Detention Hearing as to Ricardo Molina held on 11/24/2003. Dft Ricardo Molina appears in person and by cnsl Vis Kupsis. Govt rep by Clarence Butler, AUSA. Troy Adamson, PTS. Parties present evidence and make comments. Govt's Motion for Pretrial Detention is Granted. Dft Ordered held without bond. Order to follow. Dft advised of right to appeal. Govt to provide Rule 16 discovery. Dft waives reading of Indictment and enters plea of NOT GUILTY. Further proceedings to be held in Ft Wayne Division. Dft REMANDED. (Tape #03-241.) (jrh, ) (Entered: 11/24/2003) |
| 11/24/2003 | ●77 | EXHIBIT/WITNESS LIST of hearing held 11/24/03. Note: exhibits attached to list and placed in court file. (jrh, ) (Entered: 11/24/2003) |
| 12/12/2003 | ●82 | NOTICE OF telephne status conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez; Telephone status Conference set for 1/8/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann. Court will initiate the call to all counsel(lrm, ) Additional attachment (correcting case number incorrectly shown on original PDF version of the notice) added on 12/15/2003 (lrm, ). Modified on 12/15/2003 (lrm, ). (Entered: 12/12/2003) |
| 12/15/2003 | ●86 | ORDER OF DETENTION as to Ricardo Molina granting govt's motion |

| | | |
|---|---|---|
| | | for pretrial detention; deft Molina ordered held w/o bond . Signed by Judge Andrew P Rodovich on 12/15/03. (lns, ) (Entered: 12/18/2003) |
| 01/08/2004 | ❷93 | Minute Entry for proceedings held before Judge Theresa L Springmann :Scheduling Conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Ricardo Molina,, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez held on 1/8/2004; govt counsel confirms that defendants Joseph Maria and Jose Robles remain at large; but case is in a posture to be scheduled; govt has provided discovery to deft counsel; reciprocal Discovery by defts due by 2/9/2004. pre trial motion deadline extended to 1/20/2004 at the request of deft counsel; Government Response Brief due by 2/2/2004. A hearing on defendant Cervera's anticipated motion to suppress is set for 2/27/2004 01:30 PM in Fort Wayne before Judge Theresa L Springmann; final Pretrial Conference set for 2/27/2004i, immediately following suppression hearing. All defendants and counsel involved in the suppression hearing shall appear in person in Fort Wayne. Any defendant and counsel not attending in person, may, if they desire, participate via video conference from the Hammond Courthouse. Counsel shall advise the court no later than 2/13/04 of their intention to participate via video conference. A 3 to 5 week Jury Trial set for 3/9/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. A spanish/mexican interpreter will be required on behalf of defendant Benjamin Garcia; counsel for defendant Cruz inform the court that defendant Cruz has retained new counsel (Robert Rascia of Chicago); attorney Rascia shall file his appearance by 1/15/04, whereupon the court will grant attorney Friedlander and Brown's motion to withdraw obo defendant Cruz (Court Reporter T. Gallucci.) (lrm) (Entered: 01/09/2004) |
| 01/08/2004 | | (Court only) ***Excludable (XR co-defendant delay) applied to all defts except Maria and Robles (lrm, ) (Entered: 01/09/2004) |
| 01/20/2004 | ❷99 | MOTION for Bill of Particulars by Ricardo Molina. (Kupsis, Visvaldis) (Entered: 01/20/2004) |
| 01/20/2004 | ❷100 | MEMORANDUM IN SUPPORT of MOTION for Bill of Particulars (docket entry 99) by Ricardo Molina. (Kupsis, Visvaldis) Modified on 1/23/2004 (kw). (Entered: 01/20/2004) |
| 01/20/2004 | ❷101 | MOTION to Sever Defendant by Ricardo Molina. (Kupsis, Visvaldis) (Entered: 01/20/2004) |
| 01/20/2004 | ❷102 | MOTION to Produce *Favorable Evidence* by Ricardo Molina. (Kupsis, Visvaldis) (Entered: 01/20/2004) |
| 01/20/2004 | ❷103 | MOTION for Hearing *Pre-Trial Hearing on Admissibility of Co-Conspirators' Statements* by Ricardo Molina. (Kupsis, Visvaldis) (Entered: 01/20/2004) |
| 01/20/2004 | | (Court only) ***Motions terminated 100 MOTION for Bill of Particulars which is actually the Memorandum In Support of said Motion For Particulars (#99). (kw,) (Entered: 01/23/2004) |

| 02/03/2004 | 🔵123 | RESPONSE to Motion by United States of America as to Ricardo Molina re 99 MOTION for Bill of Particulars (lns, ) (Entered: 02/03/2004) |
|---|---|---|
| 02/03/2004 | 🔵124 | RESPONSE by United States of America to Defendant Ricardo Molina's 102 MOTION to Produce Favorable Evidence (lns, ) (Entered: 02/03/2004) |
| 02/03/2004 | 🔵125 | RESPONSE by United States of America to Defendant Ricardo Molina's 101 MOTION to Sever Defendant (lns, ) (Entered: 02/03/2004) |
| 02/04/2004 | 🔵127 | SANTIAGO PROFFER in response to Defendant Molina's 103 MOTION for Pre-Trial Hearing on Admissibility of Co-Conspirators' Statements by United States of America as to Ricardo Molina (lns, ) (Entered: 02/05/2004) |
| 02/17/2004 | 🔵143 | NOTICE by United States of America as to Everado Avila, et al regarding responses to Defendants' motions(lns, ) (Entered: 02/18/2004) |
| 02/26/2004 | 🔵 | Set/Reset Hearings as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez : Final Pretrial Conference set for 5/7/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann. Jury Trial set for 5/25/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. (lns, ) (Entered: 02/26/2004) |
| 02/26/2004 | 🔵 | Set/Reset Hearings as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez :, Terminate Deadlines and Hearings as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez : Motion Hearing reset for 3/29/2004 03:00 PM in Fort Wayne before Judge Theresa L Springmann. (lns, ) (Entered: 02/26/2004) |
| 03/22/2004 | 🔵159 | ORDER as to 154 MOTION to Continue Suppression Hearing filed by Everado Avila Everado Avila; MOTION GRANTED; Suppression Hearing as to defendant Avila and Lopez re-set for 4/29/2004 01:00 PM in Fort Wayne before Judge Theresa L Springmann; period of delay resulting from the continuance of deft Avila's Motion to suppress shall be excluded under Speedy Trial Act (18 USC 3161(h)(7). Signed by Judge Theresa L Springmann on 3/22/04. (lrm, ) (Entered: 03/23/2004) |
| 03/23/2004 | 🔵158 | ENTRY FOR JUDGE THERESA SPRINGMANN as to Trinidad Eddie Cruz: Court coverts 3/26/04 Hearing re Cnsl to Video Conference. Cnsl and Dft to appear in Hammond at 3:00 PM Hammond time. Cnsl contacted by telephone.(jjj) (Entered: 03/23/2004) |
| 03/25/2004 | 🔵160 | ENTRY FOR JUDGE THERESA SPRINGMANN as to Trinidad Eddie Cruz: The Hearing on 129 and 150 Motions is reset for 3/26/2004 12:00 PM Hammond time. Gov't, Dft Cnsl, and Dft to appear in person in Judge |

| | | |
|---|---|---|
| | | Cherry's Courtroom for video conference. (jjj) (Entered: 03/25/2004) |
| 04/05/2004 | ●164 | MOTION to Continue Trial currently scheduled for 5/25/2004 by Trinidad Eddie Cruz (lns, ) (Entered: 04/06/2004) |
| 04/23/2004 | ●169 | MOTION for Separate Trial by Defendant Trinidad Eddie Cruz (lns, ). (Entered: 04/23/2004) |
| 04/27/2004 | ●173 | ORDER granting 169 Motion for Separate Trial filed by Defendant Trinidad Eddie Cruz . Signed by Judge Theresa L Springmann on 4/27/2004. (lns, ) (Entered: 04/28/2004) |
| 05/04/2004 | ●178 | ORDER denying 101 Motion to Sever Defendant as to Ricardo Molina (10). Signed by Judge Theresa L Springmann on 5/4/04. (lrm, ) (Entered: 05/05/2004) |
| 05/07/2004 | ●183 | MOTION to Continue *Trial* by Ricardo Molina. (Kupsis, Visvaldis) (Entered: 05/07/2004) |
| 05/07/2004 | ●185 | Minute Entry for proceedings held before Judge Theresa L Springmann: Pretrial Conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez held on 5/7/2004. Splitting defendants to try in two back-to-back 2-3 week trials. Gov't to file a notice of intent re dividing defendants for two separate trials by 5/12/04 close of business. Jury Trial set for 5/25/2004 in Fort Wayne before Judge Theresa L Springmann REAFFIRMED. Santiago Proffer by Gov't ddl 5/11/04. Rule 404(b) Motions due by 5/11/04. Pretrial Motions due by 5/17/2004 12:00 PM. Final Telephone Pretrial Conference set for 5/17/2004 01:00 PM in HAMMOND before Judge Theresa L Springmann. Proposed Jury Instructions and Voir Dire ddl 5/29/04. Exhibit/Witness List due morning of trial on 5/25/2004. Dft McCloskey to sbmt Motion to Continue 5/25/04 Trial Date. (Court Reporter T. Gallucci.) (jjj) (Entered: 05/10/2004) |
| 05/12/2004 | ●189 | NOTICE of Election to Proceed to Trial Against Respective Defendants During First Trial Stage of Prosecution by United States of America. Defendants Byron Ceveras, Daniel Garza, Jason Lamberth and Ricardo Molina elected for first round of prosecution. (lns, ) (Entered: 05/13/2004) |
| 05/17/2004 | ●192 | Proposed Jury Instructions by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez (Butler Jr, Clarence) Corrected attachment added on 5/19/2004 (kw). (Entered: 05/17/2004) |
| 05/17/2004 | ●193 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Ricardo Molina. Change of Plea Hearing set for 5/21/21 01:30 PM in Fort Wayne before Judge Theresa L Springmann. The 5/25/04 Jury Trial is hereby VACATED. (jjj) (Entered: 05/17/2004) |

| 05/17/2004 | ●195 | Minute Entry for proceedings held before Judge Theresa L Springmann: Telephone Final Pretrial Conference as to Everado Avila, Bryon Cervera, Rosalio Cortez, Benjamin Garcia, Daniel Garza, Jason Lamberth, Ricardo Molina, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez held on 5/17/2004. Attorney Visvaldis Kupsis for Dft Molina not present. Plea Agreement ddl for Dfts Avila, Garcia, Sessum, Velez 5/18/04. Plea Agreements as to Cortez, Cervera, Lamberth, Rodriguez, Garza, Molina due by 5/20/2004 COB. Santiago Proffers and 404(b) ddls 5/18/2004. Defendant Response Brief due by 5/24/2004 12:00 PM. 3500 Material ddl 5/21/04 COB. Proposed Jury Instructions, Voir Dire and Joint Premptory Challenges ddl 5/24/04 12:00 PM. Exhibit/Witness List due by morning of Trial 5/26/2004. Three (3) Week Jury Trial RESET for 5/26/2004 08:30 AM in Fort Wayne before Judge Theresa L Springmann. Dfts to appear in civilian clothing. Change of Plea Hearings set for 5/25/2004 beginning at 10:00 AM to run back-to-back in Fort Wayne before Judge Theresa L Springmann. (Court Reporter T. Gallucci.) (jjj) (Entered: 05/18/2004) |
| 05/17/2004 | ●199 | PLEA AGREEMENT as to Ricardo Molina (lns, ) (Entered: 05/18/2004) |
| 05/19/2004 | ●201 | NOTICE *Notification of Utilization of Intricately Related Intrinsic Non 404(b) Evidence* by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez (Attachments: # 1 Exhibit State Information; Probable Cause Affidavit; Return -Search Warrant)(Butler Jr, Clarence) (Entered: 05/19/2004) |
| 05/20/2004 | ●202 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Ricardo Molina. Change of Plea Hearing RESET for 5/20/2004 03:00 PM in Fort Wayne before Judge Theresa L Springmann. (jjj) (Entered: 05/20/2004) |
| 05/20/2004 | ●203 | First MOTION to Continue *Trial Date* by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez. (Butler Jr, Clarence) (Entered: 05/20/2004) |
| 05/20/2004 | ●205 | Minute Entry for proceedings held before Judge Theresa L Springmann: Change of Plea Hearing as to Ricardo Molina held on 5/20/2004. Dft files AMENDED PETITION TO ENTER A CHANGE OF PLEA. Court accepts plea of GUILTY to Count 1. Dft referred to USPO for PSI. Detention Order to remain if effect. Dft requests transfer from Allen County Jail for security consideration. Gov't concurs. Court will recommend. Sentencing set for 8/23/2004 10:00 AM in Fort Wayne before Judge Theresa L Springmann. Gov't to file Motion to Continue Jury Trial by 5/20/04 COB. (Court Reporter G. George.) (jjj) (Entered: 05/23/2004) |
| 05/20/2004 | ●206 | AMENDED PLEA AGREEMENT as to Ricardo Molina. (jjj) (Entered: 05/23/2004) |

| 05/24/2004 | | (Court only) ***Motions terminated 203 MOTION to Continue filed by United States of America. (jjj) (Entered: 05/24/2004) |
| 05/26/2004 | | (Court only) ***Motions terminated as to Ricardo Molina: 99 MOTION for Bill of Particulars, 102 MOTION to Produce, 103 MOTION for Hearing, 183 MOTION to Continue Trial. (jjj) (Entered: 05/26/2004) |
| 08/06/2004 | ●252 | ORDER STAYING AND VACATING SENTENCINGS as to Ricardo Molina currently set for 8/23/2004, Joseph Lopez currently set for 8/9/2004 . Signed by Judge Theresa L Springmann on 8/6/2004. (lns, ) (Entered: 08/06/2004) |
| 08/11/2004 | ●254 | OBJECTION (Kupsis, Visvaldis) (This document refiled as a motion; see entry #255) (Modified on 8/12/2004 kw). (Entered: 08/11/2004) |
| 08/11/2004 | ●255 | MOTION Objecting to Stay of Sentencing Date by Ricardo Molina. (Kupsis, Visvaldis) Modified filed date on 8/12/2004; this entry replaces entry #254 (kw). (Entered: 08/12/2004) |
| 08/11/2004 | | (Court only) ***Remark as to Ricardo Molina: Entry #255 replaces #254. (kw) (Entered: 08/12/2004) |
| 08/20/2004 | ●256 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Ricardo Molina, Joseph Lopez. For JOSEPH LOPEZ a Telephone Conference is set for 9/3/2004 10:15 AM in Fort Wayne before Judge Theresa L Springmann; For RICARDO MOLINA a Telephonic Conference is set for 9/3/2004 10:30 AM in Fort Wayne before Judge Theresa L Springmann both regarding 252 ORDER STAYING AND VACATING SENTENCINGS as to Ricardo Molina previously set for 8/23/2004, Joseph Lopez previously set for 8/9/2004. (jjj) (Entered: 08/20/2004) |
| 09/03/2004 | ●263 | TELEPHONE CONFERENCE held on 9/3/2004 as to Ricardo Molina before Judge Theresa L Springmann. Gov't atty Butler; Dft atty Kupsis present. Court GRANTS Dft oral motion to reset. No objections from Gov't. Sentencing RESET for 9/23/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann. Court finds MOOT 255 MOTION Motion Objecting to Stay of Sentencing Date filed by Ricardo Molina. (Court Reporter T. Gallucci.) (jjj) Modified Docket Text on 9/3/2004 (jjj). (Entered: 09/03/2004) |
| 09/13/2004 | ●266 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Ricardo Molina. Sentencing RESET for 9/30/2004 09:30 AM in Fort Wayne before Judge Theresa L Springmann. (jjj) (Entered: 09/14/2004) |
| 09/29/2004 | ●270 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Ricardo Molina. Sentencing for 9/30/2004 is RESET to 03:00 PM in Fort Wayne before Judge Theresa L Springmann.(jjj) (Entered: 09/29/2004) |
| 09/30/2004 | ●295 | ENTRY FOR JUDGE THERESA L SPRINGMANN as to Ricardo Molina. Dft advises Court of scheduling conflict re 9/30/04 Sentencing. Sentencing Hearing to be RESET at a later date. (jjj) (Entered: 10/19/2004) |
| 10/12/2004 | ●287 | MOTION to Continue *Sentencing* by Ricardo Molina. (Kupsis, |

| | | |
|---|---|---|
| | | Visvaldis) (Entered: 10/12/2004) |
| 10/20/2004 | | (Court only) ***Stipulation terminated: 281 STIPULATION filed by Joseph Lopez. (jjj) (Entered: 10/20/2004) |
| 10/20/2004 | ●297 | ENTRY FOR JUDGE THERESA SPRINGMANN as to Ricardo Molina. Sentencing set for 10/22/2004 02:30 PM in Fort Wayne before Judge Theresa L Springmann. 287 MOTION to Continue Sentencing filed by Ricardo Molina terminated as MOOT. (jjj) (Entered: 10/20/2004) |
| 10/22/2004 | ●298 | MOTION to Reduce Sentence *Pursuant to USSG 3E1.1(b)* by United States of America as to Ricardo Molina. (Butler Jr, Clarence) (Entered: 10/22/2004) |
| 10/22/2004 | ●299 | Sealed Document - PSI, Addendum and Sentencing Recommendation. (jjj) (Entered: 10/22/2004) |
| 10/22/2004 | ●300 | SENTENCING held on 10/22/2004 for Ricardo Molina (10) before Judge Theresa L Springmann. Gov't atty Morris-King; Dft atty Kupsis; Dft Molina; USPO Edington present. Dft withdraws objections to PSI. No objection from Gov't. Court GRANTS 298 MOTION to Reduce Sentence Pursuant to USSG 3E1.1(b). Dft waives any objections to Booker/Blakely issues. Dft sworn. Count 1 Dft sentenced to 30 months imprisonment; 3 years supervised release; $100.00 Special Assessment. Counts 8, 9 are DISMISSED on Government Motion. Court to recommend Dft request to be placed in alcohol/drug treatment program to complete during sentence. Dft remanded to USM. (Court Reporter T. Gallucci.) (jjj) (Entered: 10/22/2004) |
| 10/22/2004 | ●301 | JUDGMENT. Signed by Judge Theresa L Springmann on 10/22/04. (jjj) (Entered: 10/22/2004) |
| 01/10/2005 | ●336 | Judgment Returned Executed as to Ricardo Molina on 1/4/2005 to MCC-Chicago, IL. (lns, ) (Entered: 01/11/2005) |
| 02/24/2005 | ●360 | Writ of Habeas Corpus ad Testificandum Issued as to Benjamin Garcia for 2/28/2005 in case as to Trinidad Eddie Cruz. Signed by Judge Theresa L Springmann on 2/24/2005. (lns, ) (Entered: 02/24/2005) |
| 02/28/2005 | | (Court only) ***Remark: VOLUME 3 started in Clerk's Office(lns, ) (Entered: 02/28/2005) |
| 09/14/2006 | ●519 | MOTION to Withdraw as Attorney by Toi Denise Houston. by United States of America as to Everado Avila, Bryon Cervera, Rosalio Cortez, Trinidad Eddie Cruz, Benjamin Garcia, Daniel Garza, Jason Lamberth, Joseph Lopez, Joseph Maria, Ricardo Molina, Jose Robles, Jose Angel Rodriguez, Timothy Allen Sessum, Hector Velez. (Houston, Toi) (Entered: 09/14/2006) |
| 09/18/2006 | ●520 | ORDER GRANTING 519 Motion to Withdraw as Attorney by Toi Denise Houston obo USA as to Everado Avila (1), Bryon Cervera (2), Rosalio Cortez (3), Trinidad Eddie Cruz (4), Benjamin Garcia (5), Daniel Garza (6), Jason Lamberth (7), Joseph Lopez (8), Joseph Maria (9), Ricardo Molina (10), Jose Robles (11), Jose Angel Rodriguez (12), |

|  |  | Timothy Allen Sessum (13), Hector Velez (14). Toi Denise Houston WITHDRAWN from case. Signed by Judge Theresa L Springmann on 9/18/2006. (lns) (Entered: 09/18/2006) |
|---|---|---|
| 09/29/2006 | 522 | ATTORNEY APPEARANCE Daniel L Bella appearing for USA. (Bella, Daniel) (Entered: 09/29/2006) |
| 01/01/2008 | 587 | ORDER ON PROBATION REQUEST as to Ricardo Molina, approving transfer of jurisdiction to Northern District of Illinois. Signed by Judge Theresa L Springmann on 1/1/2008. (lns) (Entered: 01/08/2008) |
| 01/08/2008 | 588 | Letter to Clerk, USDC NDIL re transfer of jurisdiction as to Ricardo Molina. (lns) (Entered: 01/08/2008) |
| 02/08/2008 | 589 | RECEIPT of Probation Form 22 signed by Judge Holderman, ND of Illinois; certified copies of docket sheet, indictment and J & C sent. (jcp) (Entered: 02/12/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED

03 AUG 22  PH 3: 07

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 21 U.S.C. § 846 |
| v | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. §922(g)(1) |
| EVERARDO AVILA | ) | 18 U.S.C. § 922(j) |
| a/k/a Littleman, | ) | 18 U.S.C. § 924(c) |
| BYRON CERVERAS | ) | 18 U.S.C. § 1952 |
| a/k/a B-Town, | ) | 18 U.S.C. § 2 |
| ROSALIO CORTEZ | ) | |
| a/k/a Flintstone, | ) | |
| TRINIDAD EDDIE CRUZ | ) | |
| a/k/a Quick, | ) | |
| BENJAMIN GARCIA | ) | |
| a/k/a Chewy, | ) | |
| DANIEL GARZA, | ) | |
| JASON LAMBERTH | ) | |
| a/k/a Jay, | ) | |
| JOSEPH LOPEZ | ) | |
| a/k/a Flacko, | ) | |
| JOSEPH MARIA | ) | |
| a/k/a J-Dog, | ) | |
| RICARDO MOLINA | ) | |
| a/k/a Centipede, | ) | |
| JOSE ROBLES | ) | |
| JOSE ANGEL RODRIGUEZ | ) | |
| a/k/a Shorty, | ) | |
| TIMOTHY ALLEN SESSUM | ) | |
| a/k/a Tim Dog, | ) | |
| HECTOR VELEZ | ) | |
| a/k/a Pelone | ) | |

1:08CR 57

## INDICTMENT

CERTIFIED
TRUE COPY
STEPHEN R. LUDWIG, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA

DEPUTY CLERK

**THE GRAND JURY CHARGES:**

## COUNT 1

From in or about at least July 2002 and continuing into at least May 2003, and thereafter, the

exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**EVERARDO AVILA**
a/k/a Littleman,
**BYRON CERVERAS**
a/k/a B-Town,
**ROSALIO CORTEZ**
a/k/a Flintstone,
**TRINIDAD EDDIE CRUZ**
a/k/a Quick,
**BENJAMIN GARCIA**
a/k/a Chewy,
**DANIEL GARZA,**
**JASON LAMBERTH**
a/k/a Jay,
**JOSEPH LOPEZ,**
a/k/a Flacko,
**JOSEPH MARIA**
a/k/a J-Dog,
**RICARDO MOLINA**
a/k/a Centipede,
**JOSE ROBLES,**
**JOSE ANGEL RODRIGUEZ**
a/k/a Shorty,
**TIMOTHY ALLEN SESSUM**
a/k/a Tim Dog,
**HECTOR VELEZ**
a/k/a Pelone,

defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and

agree with various other individuals whose names are known and unknown to the Grand Jury, to

commit certain offenses against the United States of America, to wit: to knowingly and intentionally

possess with intent to distribute cocaine, a Schedule II controlled substance, and marijuana, a

Schedule I controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## OBJECTS OF THE CONSPIRACY

### WAYS AND MEANS

1)      It was an object of the conspiracy to knowingly and intentionally distribute and possess cocaine and marijuana in the Northern District of Indiana and elsewhere in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

2)      In furtherance of the conspiracy and to achieve the objects, thereof,

**EVERARDO AVILA**
**a/k/a Littleman,**
**BYRON CERVERAS**
**a/k/a B-Town,**
**ROSALIO CORTEZ**
**a/k/a Flintstone,**
**TRINIDAD EDDIE CRUZ**
**a/k/a Quick,**
**BENJAMIN GARCIA**
**a/k/a Chewy,**
**DANIEL GARZA,**
**JASON LAMBERTH**
**a/k/a Jay,**
**JOSEPH LOPEZ,**
**a/k/a Flacko,**
**JOSEPH MARIA**
**a/k/a J-Dog,**
**RICARDO MOLINA**
**a/k/a Centipede,**
**JOSE ROBLES,**
**JOSE ANGEL RODRIGUEZ**
**a/k/a Shorty,**
**TIMOTHY ALLEN SESSUM**
**a/k/a Tim Dog,**
**HECTOR VELEZ**
**a/k/a Pelone,**

defendants herein and various other individuals whose names are known and unknown to the Grand Jury, did knowingly conduct and attempt to conduct narcotics transactions in whole and in part to

- 3 -

conceal and disguise the nature, location, source, ownership, and control of the proceeds, assets, weapons, and property of the distribution of cocaine and marijuana in the Northern District of Indiana and elsewhere. The defendants utilized the telephone and vehicles with trap compartments to conceal weapons and narcotics to further the objects of the conspiracy to distribute and possess cocaine and marijuana in the Northern District of Indiana and elsewhere.

3)    In furtherance of the conspiracy and to achieve the objects thereof, the defendants as members of the 148th Street Latin Kings criminal street gang, a faction of the Almighty Latin Kings Nation engaged in acts of violence and intimidation as a means of protecting their territory in furtherance of the distribution of control substances.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

From on or about July 23, 2002, and thereafter, the exact date being unknown to the Grand

Jury, in the Northern District of Indiana, and elsewhere,

**TIMOTHY ALLEN SESSUM**
**a/k/a Tim-Dog,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of

cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>

From on or about July 23, 2002, and thereafter, the exact date being unknown to the Grand

Jury, in the Northern District of Indiana, and elsewhere,

**JASON LAMBERTH**
**a/k/a Jay,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of

cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States

Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

From on or about at least July, 2002 through on or about August 16, 2002, in the Northern District of Indiana, and elsewhere,

**TRINIDAD EDDIE CRUZ**
**a/k/a Quick,**

1)    defendant herein, did travel and cause others to travel in interstate commerce, specifically from the State of Indiana, to the State of Illinois, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity, specifically, possession with the intent to distribute a quantity of cocaine and marijuana, a Schedule II and I controlled substance, such distribution and possession being in violation of Title 21, United States Code, Section 841(a)(1). On or about August 16, 2002 and thereafter defendant herein performed an act to promote, manage, establish, and carry on such unlawful activity; as the defendant caused a Smith and Wesson Sigma .9mm handgun with 17 live rounds in the magazine to be produced in the State of Illinois having travelled in interstate commerce.

2)    In furtherance of promoting the distribution of narcotics, TRINIDAD EDDIE CRUZ and TIMOTHY SESSUM, members of the 148th Street faction of the Latin Kings supplied the faction with marijuana and cocaine. In furtherance of facilitating this promotion, CRUZ and members of the Latin King faction both known and unknown to the grand jury utilized an Indiana registered vehicle containing a secret trap compartment to travel in interstate commerce between Indiana and Illinois to transfer illegal weapons in order to promote, manage, and carry on the distribution of controlled substances.

3)    On or about July 23, 2002, TIMOTHY SESSUM and an unnamed Latin King were stopped

by law enforcement in East Chicago, Indiana, in which police officers recovered 3.1 grams of the controlled substance cocaine.

4)      On or about August 16, 2002, Chicago Police arrested TRINIDAD EDDIE CRUZ near 3925 West 35th Street, Chicago, Illinois. CRUZ was driving a 1994 Ford Explorer with Indiana registration 45Y8069. Concealed within a secret trap compartment inside the vehicle was a Smith and Wesson Sigma .9mm Serial Number PAW 8403 with 17 live rounds in the magazine. The sale and possession of handguns are not permitted within the City of Chicago except for limited authorized individuals. CRUZ is not such an authorized individual and did possess this weapon in furtherance of promoting, managing, and carrying on the distribution of controlled substances, as approximately $1,300 in United States currency was recovered.

All in violation of Title 18, United States code, Sections 1952 and 2.

**THE GRAND JURY FURTHER CHARGES:**

COUNT 5

From on or about October, 29, 2002, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**JOSE ANGEL RODRIGUEZ**
**a/k/a Shorty,**
**AND**
**HECTOR VELEZ**
**a/k/a Pelone,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 6</u>

From on or about November 7, 2002, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**JOSE ANGEL RODRIGUEZ
a/k/a SHORTY,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 7

From on or about October 2002, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**HECTOR VELEZ**
**a/k/a Pelone,**

defendant herein did knowingly and unlawfully possess a firearm during and in relation to a drug trafficking crime, to wit: possession with intent to distribute cocaine, a Schedule II controlled substance, an offense which may be prosecuted in the United States, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 18, United States Code, Section 924(c) and 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 8

From on or about December 12, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**RICARDO MOLINA**
**a/k/a Centipede,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 9

From on or about December 13, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**RICARDO MOLINA**
**a/k/a Centipede,**
**AND**
**JOSEPH LOPEZ**
**a/k/a Flacko,**

defendants herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 10

From on or about December 14, 2002, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**JOSEPH LOPEZ**
**a/k/a Flacko,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 11**</u>

On or about January 10, 2003, in the Northern District of Indiana and elsewhere, the defendant,

**JOSEPH MARIA**
**a/k/a J-Dog,**

after having been convicted ;

1) In Cook County Circuit Court of Illinois on December 28, 2002, of possession of cocaine, a schedule II controlled substance, Docket Number IL-42038250, a felony punishable by imprisonment for a term exceeding one year under the law of the State of Illinois, the defendant did knowingly and intentionally possess a firearm to wit: the defendant did use a firearm to shoot Carlos Santiago in East Chicago, Indiana, the firearm had previously been shipped and transported in interstate commerce;

All in violation of Title 18, United States Code, Section 922(g)(1) and 2.

- 15 -

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 12**</u>

On or about January 10, 2003, in the Northern District of Indiana and elsewhere, the defendant,

**JOSE ROBLES,**

after having been convicted ;

1)  In Vanderburgh County Circuit Court of Evansville, Indiana on October 10, 2001, of dealing in marijuana, a Schedule I controlled substance, Docket # Number 82D02-9806-CF-00416, the defendant did knowingly and intentionally possess a firearm to wit" the defendant did use a firearm to shoot Carlos Santiago in East Chicago, Indiana, the firearm had previously been shipped and transported in interstate;

2)  The above felonies are punishable by imprisonment for a term exceeding one year under the law of the State of Indiana.

All in violation of Title 18, United States Code, Section 922(g)(1) and 2.

**THE GRAND JURY FURTHER CHARGES:**

COUNT 13

From on or about January 15, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BYRON CERVERAS**
**a/k/a B-Town,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

– 17 –

**THE GRAND JURY FURTHER CHARGES:**

COUNT 14

From on or about January 15, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**ROSALIO CORTEZ**
**a/k/a Flintstone,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 15</u>

From on or about February 11, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**DANIEL GARZA,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

– 19 –

**THE GRAND JURY FURTHER CHARGES:**

COUNT 16

From on or about February 14, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**DANIEL GARZA,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

– 20 –

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 17</u>

From on or about February 18, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**DANIEL GARZA,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 18</u>

From on or about March 7, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**TRINIDAD EDDIE CRUZ
a/k/a Quick,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 19

From on or about March 13, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**EVERARDO AVILA**
**a/k/a Littleman,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 20

From on or about March 26, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

–  24  –

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 21</u>

From on or about April 4, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 22</u>

From on or about May 7, 2003, and thereafter, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and intentionally possess with the intent to distribute approximately 262 grams of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 23</u>

From on or about May 7, 2003, in the Northern District of Indiana, the exact date being unknown to the Grand Jury, in the Northern District of Indiana, and elsewhere,

**BENJAMIN GARCIA**
**a/k/a Chewy,**

defendant herein, did knowingly and unlawfully possess a stolen Glock semi automatic handgun, serial number DEW 40645 which had been shipped in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j) and 924(a)(2).

All in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL:

FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:    Clarence Butler, Jr.
       Assistant United States Attorney

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | INDIANA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |

| | Case Number: | 1:03CR057TLS |
|---|---|---|
| RICARDO MOLINA | USM Number: | 07779-027 |

Visvaldis P. Kupsis
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)    I

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND MARIJUANA | 5/03 | I |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)    8, 9    ☐ is    X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

OCTOBER 22, 2004
Date of Imposition of Judgment

S/THERESA L. SPRINGMANN
Signature of Judge

THERESA L. SPRINGMANN, JUDGE
Name and Title of Judge

OCTOBER 22, 2004
Date

CERTIFIED
2/12/08
TRUE COPY
STEPHEN R. LUDWIG, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
DEPUTY CLERK

case 1:03-cr-00057-TLS    document 301    filed 10/22/2004    page 2 of 6

AO 245B    (Rev. 12/03) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:          RICARDO MOLINA
CASE NUMBER:        1:03CR057TLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    30 months.

X    The court makes the following recommendations to the Bureau of Prisons:
     for the defendant to be placed in drug/alcohol treatment program at facility where sentence is served.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____    ☐ a.m.    ☐ p.m.    on    _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on    _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
     Sheet 3 — Supervised Release

Judgment—Page    3    of    6

DEFENDANT:      RICARDO MOLINA
CASE NUMBER:    1:03CR057TLS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     3 years.

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.    The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2.    The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3.    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4.    The defendant shall support the defendant's dependents and meet other family responsibilities.

5.    The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6.    The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.

7.    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8.    The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9.    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10.   The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11.   The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13.   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.   The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15.   The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:          RICARDO MOLINA
CASE NUMBER:        1:03CR057TLS

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a drug aftercare treatment program which may include urine testing under a co-payment plan at the direction and discretion of the probation officer.

The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis.  The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale for Monthly Co-Payment.

While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:              RICARDO MOLINA
CASE NUMBER:            1:03CR057TLS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $  waived | $  n/a |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (street address), (city, state, zip) for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | | |
|---|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
         Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:       RICARDO MOLINA
CASE NUMBER:     1:03CR057TLS

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    X    Lump sum payment of $ ___100.00___ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**    ☐    Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.